UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEODOR PODARU, | CASE NO. C25-6072-KKE |
| Petitioner(s), | ORDER DISMISSING CASE |
| v. | |
| PAMELA BONDI, et al., | |
| Respondent(s). | |

Plaintiff requests that the Court dismiss this action without prejudice and with each party to bear its own costs and fees pursuant to Federal Rule of Civil Procedure 41(a)(2).  Dkt. No. 9. The Court GRANTS the motion and DISMISSES this case without prejudice and without costs or fees to any party.

The Clerk is directed to close this case.

Dated this 20th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1